UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| | : | VIOLATIONS: |
| DAMON MIDDLETON and MICHAEL ALSTON | : | 18 U.S.C. § 1201(a)(1) (Kidnapping) |
| Defendants. | : | 22 D.C. §§ 2803, 4502 (Armed Carjacking) |
| | : | 22 D.C. Code § 4504(b) (Possession of a Firearm During a Crime of Violence) |
| | : | 18 U.S.C. § 2312 (Transportation of Stolen Vehicle) |
| | : | 18 U.S.C. §§ 924(d) and 981(a)(l)(C), 21 U.S.C. § 853(a) and (p), 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

## INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

Between on or about May 9, 2025 and on or about May 10, 2025, within the District of Columbia and the State of Maryland, **DAMON MIDDLETON** and **MICHAEL ALSTON** did knowingly, willfully and unlawfully seize, confine, kidnap, abduct, carry away and hold C.S. for some purpose, to include withdrawing money from accounts belonging to C.S., and

1

in committing and in furtherance of the commission of that offense, did willfully transport C.S. and travel in interstate commerce from the District of Columbia to the State of Maryland, and in committing and in furtherance of the commission of that offense used any means, facility, or instrumentality of interstate commerce, that is, an automobile.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

## COUNT TWO

Between on or about May 9, 2025, and on or about May 10, 2025, within the District of Columbia, **DAMON MIDDLETON** and **MICHAEL ALSTON**, while armed with and having readily available a firearm or imitation thereof, knowingly by force or violence, or by putting in fear, did take a motor vehicle from C.S.'s immediate actual possession.

(**Carjacking While Armed**, in violation of Title 22, District of Columbia Code, Sections 2803, 4502)

## COUNT THREE

Between on or about May 9, 2025, and on or about May 10, 2025, within the District of Columbia, **DAMON MIDDLETON** and **MICHAEL ALSTON** did possess a firearm or imitation thereof while committing the crime of Carjacking While Armed, as set forth in Count Two of this Indictment.

(**Possession of a Firearm During a Crime of Violence**, in violation of Title 22, District of Columbia Code, Section 4504(b))

## COUNT FOUR

Between on or about May 9, 2025 and on or about May 10, 2025, within the District of Columbia and the State of Maryland, **DAMON MIDDLETON** and **MICHAEL ALSTON**, did transport an automobile, that is, a 2008 red Dodge Caravan, in interstate commerce, from the District of Columbia to the State of Maryland, knowing the same had been stolen, with the

intent to deprive the owner of the vehicle.

(**Transportation of Stolen Vehicle**, in violation of Title 18, United States Code, Section 2312)

## FORFEITURE NOTICE

1. Upon conviction of the offense alleged in Counts One, **DAMON MIDDLETON** and **MICHAEL ALSTON** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of **DAMON MIDDLETON** and **MICHAEL ALSTON**:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

**DAMON MIDDLETON** and **MICHAEL ALSTON** shall forfeit to the United States any other property, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(a) and (p), and Title 28, United States Code,

Section 2461(c))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _____
GAURI GOPAL
ASSISTANT UNITED STATES ATTORNEY

4