

U.S. DEPARTMENT OF JUSTICE

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

DISTRICT OF COLUMBIA

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington D.C., 20001*

September 1, 2025

**Via Email**
Michael Lawlor, Esq.
Dwight Crawley, Esq.

        Re:    <u>United States v. Damon Middleton and Michael Alston</u>,
                  Case No. 25-CR-190

Dear Counsel:

    I am writing to provide you with certain discovery information for the above-referenced matter. Some discovery materials have been provided to you via USAfx in a folder labeled "**2025.07.29_Production #2**." Please download these materials as soon as pracricbale. To date, the Government has disclosed the following materials:

| *Item(s)* | *Date of Disclosure* |
|---|---|
| • <u>Barcodes</u><br>    o Barcodes.pdf<br>• <u>BWC Photos</u><br>    o Axon_Capture_Photo_2025-05-10_054359_12131.jpg<br>    o Axon_Capture_Photo_2025-05-10_054403_12131.jpg<br>    o Axon_Capture_Photo_2025-05-10_054416_12131.jpg<br>    o Axon_Capture_Photo_2025-05-10_131242_12131.jpg<br>    o Axon_Capture_Photo_2025- | **07/29/2025**<br>**(Production #2 via USAfx)** |

|  |  |
|---|---|
|     05-10_131300_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_131313_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_131318_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_131334_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_131338_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_215048_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_215058_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_215103_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_215109_12131.jpg<br>  o  Axon_Capture_Photo_2025-05-10_215113_12131.jpg<br>• <u>DC OUC</u><br>  o  5D TAC.wma<br>  o  5D.wma<br>  o  Authentication Certificate - Santo Danson.pdf<br>• <u>PG Radio Communications</u><br>  o  PP25051000000312m.xml<br>  o  25051000000312.pdf<br>  o  NICE_logo_positive_jpg.jpg<br>  o  PP25051000000312.htm<br>  o  PP25051000000312.wav<br>  o  PP25051000000312.xml<br>• <u>Vehicle_CW's Burned Van</u><br>  o  CCN _ 25068947 - Combined Reports_Redacted.pdf<br>  o  7D TAC.wma<br>  o  7D.wma<br>  o  Authentication Certificate - Santo Danson.pdf |  |
| • <u>Evidence.com Link</u><br>  o  94 files | **07/28/2025**<br>**(via Evidence.com)** |
| • <u>DIMS Photos</u><br>  o  P5A1B06V.JPG | **07/16/2025**<br>**(Production #1 via USAfx)** |

- P5A1B06W.JPG
- P5A1B06X.JPG
- P5A1B06Y.JPG
- P5A1B06Z.JPG
- P5A1B070.JPG
- P5A1B071.JPG
- P5A1B072.JPG
- P5A1B073.JPG
- P5A1B074.JPG
- P5A1B075.JPG
- P5A1B076.JPG
- P5A1B077.JPG
- P5A1B078.JPG
- P5A1B079.JPG
- P5A1B07A.JPG
- P5A1B07B.JPG
- P5A1B07C.JPG
- P5A1B07D.JPG
- P5A1B07E.JPG
- P5A1B07F.JPG
- P5A1B07G.JPG
- P5A1B07H.JPG
- P5A1B07I.JPG
- P5A1B07J.JPG
- P5A1B07K.JPG
- P5A1B07L.JPG
- P5A1B07M.JPG
- P5A1B07N.JPG
- P5A1B07O.JPG
- P5A1B07P.JPG
- P5A1B07Q.JPG
- P5A1B07R.JPG
- P5A1B07S.JPG
- P5A1B07T.JPG
- P5A1B07U.JPG
- P5A1B07V.JPG
- P5A1B07W.JPG
- P5A1B07X.JPG
- P5A1B07Y.JPG
- P5A1B07Z.JPG
- P5A1B080.JPG
- P5A1B081.JPG
- P5A1B082.JPG

|  |  |
|---|---|
| <ul><li>P5A1B083.JPG</li><li>P5A1B084.JPG</li><li>P5A1B085.JPG</li><li>P5A1B086.JPG</li><li>P5A1B087.JPG</li><li>P5A1B088.JPG</li><li>P5A1B089.JPG</li><li>P5A1B08A.JPG</li><li>P5A1B08B.JPG</li><li>P5A1B08C.JPG</li><li>P5A1B08D.JPG</li><li>P5A1B08E.JPG</li><li>P5A1B08F.JPG</li><li>P5A1B08G.JPG</li><li>P5A1B08H.JPG</li><li>P5A1B08I.JPG</li><li>P5A1B08J.JPG</li><li>P5A1B08K.JPG</li><li>P5A1B08L.JPG</li><li>P5A1B08M.JPG</li><li>P5A1B08N.JPG</li><li>P5A1B08O.JPG</li><li>P5A1B08P.JPG</li><li>P5A1B08Q.JPG</li><li>P5A1B08R.JPG</li><li>P5A1B08S.JPG</li><li>P5A1B08T.JPG</li><li>P5A1B08U.JPG</li><li>P5A1B08V.JPG</li><li>P5A1B08W.JPG</li><li>P5A1B08X.JPG</li><li>P5A1B08Y.JPG</li><li>P5A1B08Z.JPG</li><li>P5A1B090.JPG</li><li>P5A1B091.JPG</li><li>P5A1B092.JPG</li><li>P5A1B093.JPG</li><li>P5A1B094.JPG</li><li>P5A1B095.JPG</li><li>P5A1B096.JPG</li><li>P5A1B097.JPG</li><li>P5A1B098.JPG</li></ul> |  |

- o P5A1B099.JPG
- o P5A1B09A.JPG
- o P5A1B09B.JPG
- o P5A1B09C.JPG
- o P5A1B09D.JPG
- o P5A1B09E.JPG
- o P5A1B09F.JPG
- o P5A1B09G.JPG
- o P5A1B09H.JPG
- o P5A1B09I.JPG
- o P5A1B09J.JPG
- o P5A1B09K.JPG
- o P5A1B09L.JPG
- o P5A1B09M.JPG
- o P5A1B09N.JPG
- o P5A1B09O.JPG
- o P5A1B09P.JPG
- o P5A1B09Q.JPG
- o P5A1B09R.JPG
- o P5A1B09S.JPG
- o P5A1B09T.JPG
- o P5A1B09U.JPG
- o P5A1B09V.JPG
- o P5A1B09W.JPG
- <u>MPD Detective File</u>
  - o 10_Report Packet - 25069013 Case Note 5_ PG County BWC request.pdf
  - o 11_Report Packet - 25069013 Case Note 3_ CJTF Case Assignment.pdf
  - o 12_Report Packet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf
  - o 13_Cover Sheet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf
  - o 14_Report Packet - 25069013 Case Note 1_ ICR_Redacted.pdf
  - o 15_050925 5D Kidnapping

- _1__Redacted.pdf
- o 16_Email 1.pdf
- o 17_Email 3.pdf
- o 18_Email 2.pdf
- o 19_Mail - Rimel_ Joseph D. _MPD_ - Outlook.pdf
- o 1_Case Jacket - Case _ 25069013_Redacted.pdf
- o 20_DPR video request_Redacted.pdf
- o 21_25069013 CSS Evidence Log 05-10-2025_Redacted.pdf
- o 22_25069013 CSS Scene_Redacted.pdf
- o 2_Report Packet - 25069013 Case Note 8_ Evidence Collection Log.pdf
- o 3_Report Packet - 25069013 Case Note 9_ Crime Scene Evidence Report.pdf
- o 4_Report Packet - 25069013 Case Note 2_ CRS Report_Redacted.pdf
- o 5_Report Packet - 25069013 Case Note 7_ Attempt to contact complainant_Redacted.pdf
- o 6_Public Packet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf
- o 7_Report Packet - 25069013 Case Note 6_ Camera canvass.pdf
- o 8_Report Packet - 25069013 Case Note 4_ Tower dump_area search preservation letters.pdf
- o 9_Report Packet - 25069013 Case Note 10_ FBI collaborative investigation.pdf
- <u>Residential Search Warrant – 20</u>

| | |
|---|---|
| <u>Ridge Square</u><br>   o JMP_0001.JPG<br>   o JMP_0001.NEF<br>   o JMP_0002.JPG<br>   o JMP_0002.NEF<br>   o JMP_0003.JPG<br>   o JMP_0003.NEF<br>   o JMP_0004.JPG<br>   o JMP_0004.NEF<br>   o JMP_0005.JPG<br>   o JMP_0005.NEF<br>   o JMP_0006.JPG<br>   o JMP_0006.NEF<br>   o JMP_0007.JPG<br>   o JMP_0007.NEF<br>   o JMP_0008.JPG<br>   o JMP_0008.NEF<br>   o JMP_0009.JPG<br>   o JMP_0009.NEF<br>   o JMP_0010.JPG<br>   o JMP_0010.NEF<br>   o JMP_0011.JPG<br>   o JMP_0011.NEF<br>   o JMP_0012.JPG<br>   o JMP_0012.NEF<br>   o JMP_0013.JPG<br>   o JMP_0013.NEF<br>   o JMP_0014.JPG<br>   o JMP_0014.NEF<br>   o JMP_0015.JPG<br>   o JMP_0015.NEF<br>   o JMP_0016.JPG<br>   o JMP_0016.NEF<br>   o JMP_0017.JPG<br>   o JMP_0017.NEF<br>   o JMP_0018.JPG<br>   o JMP_0018.NEF<br>   o JMP_0019.JPG<br>   o JMP_0019.NEF<br>   o JMP_0020.JPG<br>   o JMP_0020.NEF<br>   o JMP_0021.JPG<br>   o JMP_0021.NEF | |

- JMP_0022.JPG
- JMP_0022.NEF
- JMP_0023.JPG
- JMP_0023.NEF
- JMP_0024.JPG
- JMP_0024.NEF
- JMP_0025.JPG
- JMP_0025.NEF
- JMP_0026.JPG
- JMP_0026.NEF
- JMP_0027.JPG
- JMP_0027.NEF
- JMP_0028.JPG
- JMP_0028.NEF
- JMP_0029.JPG
- JMP_0029.NEF
- JMP_0030.JPG
- JMP_0030.NEF
- JMP_0031.JPG
- JMP_0031.NEF
- JMP_0032.JPG
- JMP_0032.NEF
- JMP_0033.JPG
- JMP_0033.NEF
- JMP_0034.JPG
- JMP_0034.NEF
- JMP_0035.JPG
- JMP_0035.NEF
- JMP_0036.JPG
- JMP_0036.NEF
- JMP_0037.JPG
- JMP_0037.NEF
- JMP_0038.JPG
- JMP_0038.NEF
- JMP_0039.JPG
- JMP_0039.NEF
- JMP_0040.JPG
- JMP_0040.NEF
- JMP_0041.JPG
- JMP_0041.NEF
- JMP_0042.JPG
- JMP_0042.NEF

| | |
|---|---|
| <ul><li>JMP_0043.JPG</li><li>JMP_0043.NEF</li><li>JMP_0044.JPG</li><li>JMP_0044.NEF</li><li>JMP_0045.JPG</li><li>JMP_0045.NEF</li><li>JMP_0046.JPG</li><li>JMP_0046.NEF</li><li>JMP_0047.JPG</li><li>JMP_0047.NEF</li><li>JMP_0048.JPG</li><li>JMP_0048.NEF</li><li>JMP_0049.JPG</li><li>JMP_0049.NEF</li><li>JMP_0050.JPG</li><li>JMP_0050.NEF</li><li>JMP_0051.JPG</li><li>JMP_0051.NEF</li><li>JMP_0052.JPG</li><li>JMP_0052.NEF</li><li>JMP_0053.JPG</li><li>JMP_0053.NEF</li><li>JMP_0054.JPG</li><li>JMP_0054.NEF</li><li>JMP_0055.JPG</li><li>JMP_0055.NEF</li><li>JMP_0056.JPG</li><li>JMP_0056.NEF</li><li>JMP_0057.JPG</li><li>JMP_0057.NEF</li><li>JMP_0058.JPG</li><li>JMP_0058.NEF</li><li>JMP_0059.JPG</li><li>JMP_0059.NEF</li><li>JMP_0060.JPG</li><li>JMP_0060.NEF</li><li>JMP_0061.JPG</li><li>JMP_0061.NEF</li><li>JMP_0062.JPG</li><li>JMP_0062.NEF</li><li>JMP_0063.JPG</li><li>JMP_0063.NEF</li><li>JMP_0064.JPG</li></ul> | |

- JMP_0064.NEF
- JMP_0065.JPG
- JMP_0065.NEF
- JMP_0066.JPG
- JMP_0066.NEF
- JMP_0067.JPG
- JMP_0067.NEF
- JMP_0068.JPG
- JMP_0068.NEF
- JMP_0069.JPG
- JMP_0069.NEF
- JMP_0070.JPG
- JMP_0070.NEF
- JMP_0071.JPG
- JMP_0071.NEF
- JMP_0072.JPG
- JMP_0072.NEF
- JMP_0073.JPG
- JMP_0073.NEF
- JMP_0074.JPG
- JMP_0074.NEF
- JMP_0075.JPG
- JMP_0075.NEF
- JMP_0076.JPG
- JMP_0076.NEF
- JMP_0077.JPG
- JMP_0077.NEF
- JMP_0078.JPG
- JMP_0078.NEF
- JMP_0079.JPG
- JMP_0079.NEF
- JMP_0080.JPG
- JMP_0080.NEF
- JMP_0081.JPG
- JMP_0081.NEF
- JMP_0082.JPG
- JMP_0082.NEF
- JMP_0083.JPG
- JMP_0083.NEF
- JMP_0084.JPG
- JMP_0084.NEF
- JMP_0085.JPG

- JMP_0085.NEF
- JMP_0086.JPG
- JMP_0086.NEF
- JMP_0087.JPG
- JMP_0087.NEF
- JMP_0088.JPG
- JMP_0088.NEF
- JMP_0089.JPG
- JMP_0089.NEF
- JMP_0090.JPG
- JMP_0090.NEF
- JMP_0091.JPG
- JMP_0091.NEF
- JMP_0092.JPG
- JMP_0092.NEF
- JMP_0093.JPG
- JMP_0093.NEF
- JMP_0094.JPG
- JMP_0094.NEF
- JMP_0095.JPG
- JMP_0095.NEF
- JMP_0096.JPG
- JMP_0096.NEF
- JMP_0097.JPG
- JMP_0097.NEF
- JMP_0098.JPG
- JMP_0098.NEF
- JMP_0099.JPG
- JMP_0099.NEF
- JMP_0100.JPG
- JMP_0100.NEF
- JMP_0101.JPG
- JMP_0101.NEF
- JMP_0102.JPG
- JMP_0102.NEF
- JMP_0103.JPG
- JMP_0103.NEF
- JMP_0104.JPG
- JMP_0104.NEF
- JMP_0105.JPG
- JMP_0105.NEF
- JMP_0106.JPG
- JMP_0106.NEF

|  |  |
|---|---|
|       o  JMP_0107.JPG<br>      o  JMP_0107.NEF<br>      o  JMP_0108.JPG<br>      o  JMP_0109.JPG<br>      o  JMP_0109.NEF<br>      o  JMP_0110.JPG<br>      o  JMP_0110.NEF<br>      o  NC_FLLST.DAT<br>• <u>Residential Search Warrant – 855 Chesapeake Street Apt 304</u><br>      o  WFO_0001.JPG<br>      o  WFO_0002.JPG<br>      o  WFO_0003.JPG<br>      o  WFO_0004.JPG<br>      o  WFO_0005.JPG<br>      o  WFO_0006.JPG<br>      o  WFO_0007.JPG<br>      o  WFO_0008.JPG<br>      o  WFO_0009.JPG<br>      o  WFO_0010.JPG<br>      o  WFO_0011.JPG<br>      o  WFO_0012.JPG<br>      o  WFO_0013.JPG<br>      o  DSC_0001.JPG<br>      o  DSC_0001.NEF<br>      o  DSC_0002.JPG<br>      o  DSC_0002.NEF<br>      o  DSC_0003.JPG<br>      o  DSC_0003.NEF<br>      o  DSC_0004.JPG<br>      o  DSC_0004.NEF<br>      o  DSC_0005.JPG<br>      o  DSC_0005.NEF<br>      o  DSC_0006.JPG<br>      o  DSC_0006.NEF<br>      o  DSC_0007.JPG<br>      o  DSC_0007.NEF<br>      o  DSC_0008.JPG<br>      o  DSC_0008.NEF<br>      o  DSC_0009.JPG<br>      o  DSC_0009.NEF<br>      o  DSC_0010.JPG |  |

- DSC_0010.NEF
- DSC_0011.JPG
- DSC_0011.NEF
- DSC_0012.JPG
- DSC_0012.NEF
- DSC_0013.JPG
- DSC_0013.NEF
- DSC_0014.JPG
- DSC_0014.NEF
- DSC_0015.JPG
- DSC_0015.NEF
- DSC_0016.JPG
- DSC_0016.NEF
- DSC_0017.JPG
- DSC_0017.NEF
- DSC_0018.JPG
- DSC_0018.NEF
- DSC_0019.JPG
- DSC_0019.NEF
- DSC_0020.JPG
- DSC_0020.NEF
- DSC_0021.JPG
- DSC_0021.NEF
- DSC_0022.JPG
- DSC_0022.NEF
- DSC_0023.JPG
- DSC_0023.NEF
- DSC_0024.JPG
- DSC_0024.NEF
- DSC_0025.JPG
- DSC_0025.NEF
- DSC_0026.JPG
- DSC_0026.NEF
- DSC_0027.JPG
- DSC_0027.NEF
- DSC_0028.JPG
- DSC_0028.NEF
- DSC_0029.JPG
- DSC_0029.NEF
- DSC_0030.JPG
- DSC_0030.NEF
- DSC_0031.JPG
- DSC_0031.NEF

|  |  |
|---|---|
| <ul><li>DSC_0032.JPG</li><li>DSC_0032.NEF</li><li>DSC_0033.JPG</li><li>DSC_0033.NEF</li><li>DSC_0034.JPG</li><li>DSC_0034.NEF</li><li>DSC_0035.JPG</li><li>DSC_0035.NEF</li><li>DSC_0036.JPG</li><li>DSC_0036.NEF</li><li>DSC_0037.JPG</li><li>DSC_0037.NEF</li><li>DSC_0038.JPG</li><li>DSC_0038.NEF</li><li>DSC_0039.JPG</li><li>DSC_0039.NEF</li><li>DSC_0040.JPG</li><li>DSC_0040.NEF</li><li>DSC_0041.JPG</li><li>DSC_0041.NEF</li><li>DSC_0042.JPG</li><li>DSC_0042.NEF</li><li>DSC_0043.JPG</li><li>DSC_0043.NEF</li><li>DSC_0044.JPG</li><li>DSC_0044.NEF</li><li>DSC_0045.JPG</li><li>DSC_0045.NEF</li><li>DSC_0046.JPG</li><li>DSC_0046.NEF</li><li>DSC_0047.JPG</li><li>DSC_0047.NEF</li><li>DSC_0048.JPG</li><li>DSC_0048.NEF</li><li>DSC_0049.JPG</li><li>DSC_0049.NEF</li><li>DSC_0050.JPG</li><li>DSC_0050.NEF</li><li>DSC_0051.JPG</li><li>DSC_0051.NEF</li><li>DSC_0052.JPG</li><li>DSC_0052.NEF</li></ul> |  |

|  |
|---|
| - DSC_0053.JPG |
| - DSC_0053.NEF |
| - DSC_0054.JPG |
| - DSC_0054.NEF |
| - DSC_0055.JPG |
| - DSC_0055.NEF |
| - DSC_0056.JPG |
| - DSC_0056.NEF |
| - DSC_0057.JPG |
| - DSC_0057.NEF |
| - DSC_0058.JPG |
| - DSC_0058.NEF |
| - DSC_0059.JPG |
| - DSC_0059.NEF |
| - DSC_0060.JPG |
| - DSC_0060.NEF |
| - DSC_0061.JPG |
| - DSC_0061.NEF |
| - DSC_0062.JPG |
| - DSC_0062.NEF |
| - DSC_0063.JPG |
| - DSC_0063.NEF |
| - DSC_0064.JPG |
| - DSC_0064.NEF |
| - DSC_0065.JPG |
| - DSC_0065.NEF |
| - DSC_0066.JPG |
| - DSC_0066.NEF |
| - DSC_0067.JPG |
| - DSC_0067.NEF |
| - DSC_0068.JPG |
| - DSC_0068.NEF |
| - DSC_0069.JPG |
| - DSC_0069.NEF |
| - DSC_0070.JPG |
| - DSC_0070.NEF |
| - DSC_0071.JPG |
| - DSC_0071.NEF |
| - DSC_0072.JPG |
| - DSC_0072.NEF |
| - DSC_0073.JPG |
| - DSC_0073.NEF |
| - DSC_0074.JPG |

| | |
|---|---|
| <ul><li>DSC_0074.NEF</li><li>DSC_0075.JPG</li><li>DSC_0075.NEF</li><li>DSC_0076.JPG</li><li>DSC_0076.NEF</li><li>DSC_0077.JPG</li><li>DSC_0077.NEF</li><li>DSC_0078.JPG</li><li>DSC_0078.NEF</li><li>DSC_0079.JPG</li><li>DSC_0079.NEF</li><li>DSC_0080.JPG</li><li>DSC_0080.NEF</li><li>DSC_0081.JPG</li><li>DSC_0081.NEF</li><li>DSC_0082.JPG</li><li>DSC_0082.NEF</li><li>DSC_0083.JPG</li><li>DSC_0083.NEF</li><li>DSC_0084.JPG</li><li>DSC_0084.NEF</li><li>DSC_0085.JPG</li><li>DSC_0085.NEF</li><li>DSC_0086.JPG</li><li>DSC_0086.NEF</li><li>DSC_0087.JPG</li><li>DSC_0087.NEF</li><li>DSC_0088.JPG</li><li>DSC_0088.NEF</li><li>DSC_0089.JPG</li><li>DSC_0089.NEF</li><li>DSC_0090.JPG</li><li>DSC_0090.NEF</li></ul> | |
| <ul><li><u>Evidence.com Link</u><ul><li>95 files</li></ul></li></ul> | **08/31/2025**<br>**(via Evidence.com)** |
| <ul><li><u>Search Warrant (Redacted)</u></li><li>[signed] 25-sc-853 Search Warrant ECF No. 1_Redacted</li><li>[signed] 25-sc-1050 Search Warrant ECF No. 1_Redacted</li><li>[signed] 25-sc-1074 Search Warrant</li></ul> | **9/1/2025**<br>**(via USAfx Folder)** |

| | |
|---|---|
| ECF No. 1_Redacted<br>• [signed] 25-tw-9 Tracking Warrant ECF No. 1 | |

                              Respectfully submitted,

                              Jeanine Ferris Pirro
                              United States Attorney

By:    */s/ Sabena Auyeung*
        Sabena Auyeung
        Assistant United States Attorney
        U.S. Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20001
        202-803-1622
        Sabena.Auyeung@usdoj.gov